HACKER et al., Respondents, v. HACKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Klara Hacker and others against Joseph Carl Hacker. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 194.

HACKETT, Respondent, v. WILLIAM A. BRADY, Limited, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by James K. Hackett against William A. Brady, Limited. N. Vidaver, of New York City, for appellant. S. F. Jacobs, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Emma L. Hall against Augustus H. Hall. C. C. Miller, of New York City, for appellant. J. H. Lecour, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1122.

HALLBERG v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Appeal from Trial Term, New York County. Action by Peter Hallberg against the New York Central & Hudson River Railroad Company, impleaded. From a judgment for plaintiff, and an order denying a motion for a new trial, defendant named appeals. Reversed on conditions. Robert A. Kutschbach, of New York City, for appellant. Herbert C. Smyth, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is excessive, unless plaintiff stipulates to reduce the verdict to $10,000, in which event, the judgment, as so reduced, and the order appealed from, are affirmed, without costs.

INGRAHAM, P. J. I dissent, and vote for a reversal of the judgment and a new trial. I am of opinion that the verdict of the jury upon the ground that the defendant was negligent is not sustained by the evidence.

HAMBLEN v. WIRSCHING. (Supreme Court, Appellate Term, Second Department. March, 1912.) Appeal from Municipal Court, Borough of Brooklyn, Third District. Action by Joseph P. Hamblen against George Wirsching. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Francis B. Wood, of New York City, for appellant. S. M. & D. E. Meeker, of Brooklyn, for respondent.

PER CURIAM. The action is to recover nine months' rent, from July 1, 1910, to March 31, 1911, inclusive. The answer is a general denial. There was proof in the case, received without objection, that the defendant paid $126.-50 to the plaintiff during that period. There is evidence that there was a prior indebtedness for rent. There was some evidence that the payments made by the defendant were to be applied partially upon the current rent and partially upon the prior indebtedness. In contemplation of the pleadings, the evidence returned is too incomplete and unsatisfactory upon which to rest the determination made by the court below, which determination may not conclude the parties with reference to this prior indebtedness. Justice requires that the judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

HANNES v. JOLINE et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Appeal from Trial Term, New York County. Action by William Hannes, as administrator of Samuel Hannes, deceased, against Adrian H. Joline and another, as receivers of the Metropolitan Street Railway Company. From a judgment for plaintiff, and an order denying a new trial, defendants appeal. Reversed, and new trial ordered. B. H. Ames, of New York City, for appellants. Myron Butler, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the evidence. Zucker v. Whitridge, 205 N. Y. 50, 98 N. E. 209.

HANUS, Respondent, v. CYPHERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Emma Hanus against Charles A. Cyphers. No opinion. Order affirmed, with $10 costs and disbursements.

HARGRAVE, Respondent, v. CULLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by J. Thomas Hargrave against Richard J. Cullen. No opinion. Order affirmed, with $10 costs and disbursements.

HARWOOD v. SHUBERT ANDERSON CO. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Chas. Harwood against the Shubert Anderson Company. No opinion. Application denied, with $10 costs. Order signed.

HATCH, Respondent, v. TERRY, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Helen Parker Hatch against Edward F. Terry. No opinion. Motions denied, without costs. See. also, 137 N. Y. Supp. 1082.